THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* W. R. L. SALES COMPANY, Defendant-Appellant.

(No. 72-358;

Second District—December 18, 1974.

Opinion by Mr. JUSTICE RECHENMACHER.

Edward H. Rawles and Donald M. Reno, Jr., both of Reno, O'Bryne & Kepley, of Champaign, for appellant.

James M. Carr, State's Attorney, of Sycamore (James Marshall, Assistant State's Attorney, of counsel), for the People.